USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _2/12/26_

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

YOUNG-HWAN CHOI,

                Plaintiff,

      - against -

URBAN INTELLIGENCE INC.,

                Defendant.

---

**25-CV-9496 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The Court is in receipt of Defendant's February 11, 2026, letter request for supplemental briefing on Defendant's contemplated motion to dismiss. (Dkt. No. 21.) The Court is also in receipt of Plaintiff's February 11, 2026, letters concerning briefing. (Dkt. Nos. 19, 20.)

Having reviewed the letters, the Court grants Defendant's request for supplemental briefing in accordance with the following schedule:

    Defendant's supplemental brief due February 27, 2026
    Plaintiff's opposition due March 13, 2026
    Defendant's reply brief due March 20, 2026

In addition, the parties are directed to file copies of their previously exchanged pre-motion letters on the docket.

**SO ORDERED.**

Dated:    12 February 2026
         New York, New York

                              _____
                                  Victor Marrero
                                  U.S.D.J.