**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
 YOUNG-HWAN CHOI,


                                   Plaintiff,

           -against-                                          25 **CIVIL** 9496 (VM)

                                                              **JUDGMENT**

URBAN INTELLIGENCE INC.,


                                   Defendant.
----------------------------------------------------------------X

         It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Decision and Order dated June 23, 2026, the motion (Dkt. No. 27) filed by

defendant Urban Intelligence Inc. to dismiss the Complaint (Dkt. No. 1) of plaintiff Young-

Hwan Choi is GRANTED.

**Dated:** New York, New York

         June 23, 2026


                                                    **TAMMI M. HELLWIG**
                                              _____
                                                    **Clerk of Court**


                                   **BY:**        K. mango
                                              _____
                                                    **Deputy Clerk**