USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/24/26

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

YOUNG-HWAN CHOI,

Plaintiff,

- against -

URBAN INTELLIGENCE INC.,

Defendant.

**25-CV-9496 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The Court is in receipt of Plaintiff's motion filed on July 21, 2026. (See Dkt. Nos. 36, 41, 42.) Any opposition to Plaintiff's motion shall be filed by August 20, 2026. Any reply shall be filed by September 3, 2026.

**SO ORDERED.**

Dated: 24 July 2026
New York, New York

_______________________________
Victor Marrero
U.S.D.J.